# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JORDAN BURTON, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> PEPSICO, INC, § <br> § <br> Defendant. § | **CIVIL ACTION NO. 4:24-CV-00501-ALM-AGD** |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 20, 2025, the Magistrate Judge entered a Report (Dkt. #38) recommending that Defendant PepsiCo, Inc.'s Motion for Summary Judgment (Dkt. #28) be granted and that *pro se* Plaintiff Jordan Burton's claims be dismissed without prejudice. On July 2, 2025, Plaintiff filed an objection to the Report (Dkt. #41). On July 3, 2025, Defendant also filed an objection to the Report (Dkt. #42). On July 15, 2025, Defendant filed a Response to Plaintiff's objection (Dkt. #43). On July 18, 2025, Plaintiff filed a Response to Defendant's objection (Dkt. #45).

Accordingly, having received the Report of the Magistrate Judge, the Parties' objections and Responses (Dkt. #41; Dkt. #42; Dkt. #43; Dkt. #45), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant PepsiCo, Inc.'s Motion for Summary Judgment (Dkt. #28) is **GRANTED**. It is further **ORDERED** that Plaintiff Jordan Burton's claims are dismissed without prejudice.

**IT IS SO ORDERED.**

SIGNED this 19th day of August, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE